# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-0916

———————————————

THE CJS SOLUTIONS GROUP,
LLC, d/b/a The HCI Group,

    Appellant,

    v.

MAXINE SIMMONS, an
individual, and GLOBAL
INFORMATION TECHNOLOGY
RESOURCES, INC., a California
corporation,

    Appellees.

———————————————

On appeal from the Circuit Court for Duval County.
Karen Cole, Judge.

June 28, 2018

PER CURIAM.

The Court has determined that as to Appellee Maxine Simmons, the order on appeal is not "one that disposes of a separate and distinct cause of action that is not interdependent with other pleaded claims." Fla. R. App. P. 9.110(k). Accordingly, the motion, filed on May 10, 2018, is granted and the appeal is dismissed with respect to the order granting in part and denying in part Simmons' motion for summary judgment.

We note that the February 27, 2018, Final Summary Judgment in Favor of Global Information Technology Resources, Inc., is a partial final judgment disposing of the entire case as to Appellee Global Information Technology Resources, Inc., and is subject to immediate appellate review. Fla. R. App. P. 9.110(k). The appeal shall proceed from that order.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth A. Tomchin and Brett P. Abner of Tomchin & Odom, P.A., Jacksonville; Joshua A. Cossey, Jacksonville, for Appellant.

T. A. Delegal, III, and James C. Poindexter of Delegal Law Offices, P.A., Jacksonville, for Appellee Maxine Simmons.

No appearance for Appellee Global Information Technology Resources, Inc.

2